VERONICA E. NEUMEISTER, PETITIONER-RESPONDENT, v.
EASTERN BREWING CORPORATION, RESPONDENT-
PETITIONER.

*Mr. A. Millard Taylor* for the petitioner.

*Mr. William G. Freeman* for the respondent.

March 26, 1962.

JOSEPH J. MARCONE, PLAINTIFF-PETITIONER, v. GIBBS
& HILL, INC., DEFENDANT-RESPONDENT.

*Mr. Bernard Herman* for the petitioner.

*Messrs. McCord, Farrell & Eynon* for the respondent.

March 26, 1962.